# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No. 1:20-CR-00047-RP-18** |
| | § | |
| **BLANCA RUIZ-GARCIA (18),** | § | |
| *Defendant* | § | |
| | § | |

## ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE

Before the Court is Defendant Blanca Ruiz-Garcia's First Amended Motion for Order to Travel Outside of State, filed on July 17, 2020. Dkt. 183. The District Court referred the Motion to the undersigned Magistrate Judge for resolution on July 20, 2020. Dkt. 184.

In the Order Setting Conditions of Release (Dkt. 170), Defendant's personal association, residence, and travel was restricted to Travis County, Texas, and surrounding counties, with no travel to Mexico. Defendant now moves to modify the conditions of release so that she may visit her mother, who is hospitalized for chronic kidney failure in Nueva Rosita, Coahuila, Mexico, from July 23, 2020 through July 27, 2020. It appears that the Government has not taken a position on Defendant's Motion.

Defendant's motion is **GRANTED**. **IT IS HEREBY ORDERED** that Paragraph 7(f) of Defendant's Additional Conditions of Release (Dkt. 170) is **AMENDED** as follows:

> The defendant must abide by the following restrictions on personal association, residence, or travel: Defendant is permitted to travel to Nueva Rosita, Coahuila, Mexico, departing on July 23, 2020 and returning on July 27, 2020. Otherwise, Defendant's travel is restricted to Travis County and the five surrounding counties, unless approved by Pretrial Services, and Defendant shall not travel to Mexico.

Defendant is further **ORDERED** to contact Pretrial Services Officer Daniel Palomares once each day from July 23, 2020 through July 27, 2020, as directed by Mr. Palomares.

**SIGNED** on July 20, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE