IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | §   NO. A-20-CR-00047 (4) RP |
| | § |
| RICARDO HERNANDEZ | § |

**AGREED MOTION TO WITHDRAW**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW VIKTOR OLAVSON, attorney for Ricardo Hernandez, Defendant in the above entitled and numbered cause, and files this his MOTION TO WITHDRAW and would show the Court as follows:

I.

Upon review of discovery, the undersigned has become aware of a significant conflict of interest involving undersigned's former client.

II.

The undersigned has discussed this conflict of interest and this motion to withdraw with counsel for the United States. The United States agrees to this motion.

WHEREFORE, PREMISES CONSIDERED, counsel respectfully prays that this Motion to Withdraw be granted.

Respectfully submitted,

/s/ Viktor Olavson

VIKTOR OLAVSON
603 West 17th
Austin, Texas 78701
(512) 472-8392
viktorolavson@gmail.com
Bar No. 15241775

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 9th day of August, 2021, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court, using the CM/ECF System which will transmit notification of such filing to all counsel of record:

Mark Marshall

/s/ Viktor Olavson
VIKTOR OLAVSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. A-20-CR-00047 (4) RP |
| RICARDO HERNANDEZ | § § | |

**O R D E R**

  Came on for consideration this day Viktor Olavson's Motion to Withdraw.  For the reasons cited in the motion, the Court finds that the motion has merit.

  The motion to withdraw is GRANTED.  Viktor Olavson shall turn over all of Hernandez's files to Hernandez's new counsel as soon as reasonably possible.  Otherwise, Viktor Olavson is hereby relieved of any further duties in this case.

  SIGNED AND ENTERED this _____ day of _____, 2021.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE